# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Hon. KATHARINE S. HAYDEN, U.S.D.J. |
| v. : | Crim. No. 06-856 |
| ALBERTO GONZALEZ : | <u>CONTINUANCE ORDER</u> |

This matter having been opened by the Court by Christopher J. Christie, United States Attorney for the District of New Jersey (Shana W. Chen, Assistant United States Attorney, appearing), and by defendant Alberto Gonzalez (John D. Caruso, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned matter, and the defendant being aware that he has the right to have the matter tried within seventy days of the date of his appearance before a judicial officer of this court, pursuant to Title 18 of the United States Code, Section 3161(c); and the defendant having consented to the continuance in the above-captioned matter because he needs additional time to confer with counsel and review discovery; and it appearing that the defendant waives such right; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

1. Plea negotiations are in progress and additional time is necessary to finalize a plea agreement, which may render trial of this matter unnecessary.

2. Defendant Alberto Gonzalez has consented to and requested the aforementioned continuance.

3. The grant of a continuance will likely conserve judicial resources.

4.  Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

WHEREFORE, it is on this 10th day of December, 2007,

ORDERED that the proceedings in the above-captioned matter are continued for the period from December 10, 2007 through February 4, 2007;

IT IS FURTHER ORDERED that the period between December 10, 2007 through February 4, 2007 shall be excludable in computing time under the Speedy Trial Act of 1974;

IT IS FURTHER ORDERED that all defense motions shall be filed no later than January 7, 2008;

IT IS FURTHER ORDERED that any response by the Government to defense motions shall be filed no later than January 22, 2008;

IT IS FURTHER ORDERED that oral argument as to any such motions shall be conducted on January 28, 2008; and

IT IS FURTHER ORDERED that the trial in this matter will commence on February 4, 2008, in Newark, New Jersey.

_____
HON. KATHARINE S. HAYDEN
United States District Judge