```
                   UNITED STATES DISTRICT COURT
                      DISTRICT OF NEW JERSEY
```

))))))))))))))))))))))))))))))).
United States of America   \*
      Plaintiff,     \*
                        \*        Cr. No. 06-856  (KSH)
v.                          \*
                        \*        **O R D E R**
Alberto Gonzalez           \*
                        \*
      Defendant.     \*
))))))))))))))))))))))))))))))-

     This matter having come before the Court on the filing of a letter request by defendant Alberto Gonzalez (D.E.34) for modification of the terms supervised release; and the defendant having failed to advance sufficient reasons for modifying conditions of employment, which if granted would impede effective supervision; and good cause appearing,

     It is this 3rd day of December, 2012,

     ORDERED the defendant's letter request for modification of the terms of supervised release is DENIED.

                                           /s/ Katharine S. Hayden
                                           _____
                                           KATHARINE S. HAYDEN, U.S.D.J.